UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

UNITED STATES OF AMERICA, ex rel. THE TARBELL GROUP, LLC,

Plaintiff-Relator,

v.

TEXAS HOME SCHOOL COALITION ASSOCIATION,

Defendant.

No. 5:25-CV-083-H

**ORDER**

Before the Court are the relator's Notice of Voluntary Dismissal Without Prejudice (Dkt. No. 16) and the United States' Notice of Consent to Dismissal (Dkt. No. 15) under the False Claims Act, 31 U.S.C. § 3730(b)(1). This case is therefore dismissed without prejudice as to the relator, The Tarbell Group, LLC, and the United States.

The Clerk of Court is directed to unseal the relator's Notice of Voluntary Dismissal Without Prejudice (Dkt. No. 16), the United States' Notice of Consent to Dismissal (Dkt. No. 15), this Order, and any subsequent filings in this case. All other docket entries in this matter, including the relator's complaint (Dkt. No. 1), shall remain sealed and not be made public or served upon defendants under Local Rule 79.4 or otherwise. The United States shall file a status report within 30 days of the final companion case being unsealed.

The Clerk of Court is further directed to close this case.

So ordered on April 20, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE